David L. Wallach (State Bar No. 233432)
dwallach@jonesday.com
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

(Admitted *pro hac* in related case 07-4980)
Cindy W. Andrew (TX State Bar No. 00796128)
candrew@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association<br><br>Defendant. | Case No. C-08-02972CW<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED PARTIES**<br><br>(Fair Credit Reporting Act<br>15 USC § 1681 *et seq.*) |

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian"), hereby certifies pursuant to Federal Rule of Civil Procedure 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies:  The parent company of Experian is Experian Group Limited.

DLI-6206629v1

2. Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

a. First American Real Estate Solutions, LLC

b. Vehicle Title, LLC

c. Central Source LLC

d. Online Data Exchange LLC

e. New Management Services LLC

f. Vantage Score Solutions LLC

3. Publicly Held Companies: Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

Dated: August 21, 2008

JONES DAY

By: /s/ Cindy W. Andrew

David L. Wallach
California Bar No. 233432
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
dwallach@jonesday.com

Cindy W. Andrew (Admitted *pro hac* in related case 07-4980)
Texas Bar No. 00796128
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
candrew@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to this action. My business address is 2727 North Harwood Street, Dallas, Texas 75201. On March 14, 2008, I served EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED PARTIES on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**Andrew Jones Ogilvie**
Kemnitzer Anderson Barron Ogilvie & Brewer, LLP
445 Bush Street, Sixth Floor
San Francisco, CA 94108
(415) 861-2265
Fax: (415) 861-3151
Email: ajogil@kabolaw.com

Attorneys for Plaintiff Emelia M. Pasternak

**Donald E. Bradley**
Musick Peeler & Garrett LLP
650 Town Center Drive
Suite 1200
Costa Mesa, CA 92626
714-668-2400
Fax: 714-668-2490
Email: d.bradley@mpglaw.com

Attorneys for Defendant Trans Union LLC

| | |
|---|---|
| **Thomas P. Quinn**<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>949-376-3055<br>Fax: 949-376-3070<br>Email: yhoman@nokesquinn.com<br><br>Attorneys for Defendant Equifax, | **Abraham J. Colman**<br>**Felicia Y. Yu**<br>**Veronica Kuiumdjian**<br>Reed Smith LLP<br>355 South Grand Avenue<br>Suite 2900<br>Los Angeles, CA 90071<br>213-457-8052<br>Fax: 213-457-8080<br>Email: vkuiumdjian@reedsmith.com<br><br>Attorneys for Defendant Capital One Bank |

I caused such envelope to be deposited in the mail at Dallas, Texas. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Dallas, Texas in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

*[signature]*