Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kabolaw.com

Robert S. Sola    *Pro hac vice*
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Ph: (503) 295-6880
Fax: (503) 291-9172
rssola@msn.com

Attorneys for Plaintiff Emelia M. Pasternak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M PASTERNAK,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC, et al,<br><br>        Defendants. | Case No. 4:07-cv-04980-CW (BZ)<br>             4:08-cv-02972-CW<br><br>JOINT REQUEST AND ORDER EXTENDING DATES FOR COMPLETING DISCOVERY AND FILING CASE DISPOSITIVE MOTIONS AND SETTING NEW DATES FOR TRIAL AND PRE-TRIAL **AS MODIFIED** |

The parties through their respective counsel have had extensive discussions concerning the completion of the depositions of the parties. Currently the date set for

---

*Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Joint Request & Proposed Order Extending Dates for Completing Discovery
& Filing Case Dispositive Motions & Setting New Dates for Trial & Pre-
Trial

1

1  completion of fact discovery is September 5, 2008. Case Management Order, Dkt.
2  #62. Currently, October 9, 2008 is the last day for hearing case dispositive motions
3  and for the next case management conference. *Id*.
4        The parties request the Court to extend the deadline for the completion of
5  depositions of the parties to September 19, 2008. The parties also request the Court to
6  extend date for hearing case dispositive motions and the next case management
7  conference to November 13, 2008.
8        The parties understand that these schedule changes will necessitate a change in
9  the dates for the Pre-Trial Conference and for Trial. Having conferred with the clerk
10 regarding available dates, the parties ask the Court to change the date for Trial to
11 Monday, March 9, 2009, and the Pre-Trial Conference to February 17, 2009.
12 August 7, 2008.
13       Respectfully submitted,
14
15 KEMNITZER, ANDERSON, BARRON OGILVIE & BREWER LLP
16 ROBERT S. SOLA, P.C.
17
18 By    /s/
      Andrew J. Ogilvie
19       Attorneys for Plaintiff
      Emelia M. Pasternak
20
21 REED SMITH
22
23 By    /s/
      Veronica Kuiumdjian
24       Attorneys for Defendant
      Capital One Bank
25
26
27 *Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Joint Request & Proposed Order Extending Dates for Completing Discovery
28 & Filing Case Dispositive Motions & Setting New Dates for Trial & Pre-Trial

1
2   JONES DAY
3
4   By          /s/
              Lucinda Andrew
5             Attorneys for Defendant
6             Experian Information Solutions, Inc.
7   KING & SPALDING
8
9   By          /s/
              Cara Hergenroether
10            Attorneys for Defendant
              Equifax Information Services LLC
11
12  MUSICK, PEELER & GARRETT LLP
13
14  By          /s/
              Donald E. Bradley
15            Attorneys for Defendant
              Trans Union LLC
16
                                    **ORDER**
17
        The Court ORDERS that the discovery deadline for the completion of the
18
    depositions of the parties is extended to September 19, 2008.  The dates for hearing case
19
    dispositive motions and the next Case Management Conference are changed to
20
    November 13, 2008. The hearing time is 2 pm.
21
        The date for the Pre-Trial Conference is changed to Tuesday, February 17, 2009
22
    at 2 pm. Trial shall commence on Monday, March 9, 2009 at 8:30 am.  **These dates also**
23
    **apply to related case C-08-2972 CW.**
24  Dated: August 22, 2008
25                                              _____
26
27  *Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
    Joint Request & Proposed Order Extending Dates for Completing Discovery
    & Filing Case Dispositive Motions & Setting New Dates for Trial & Pre-
28  Trial

3

1   Claudia Wilken
    United States District Judge
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  *Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
    Joint Request & Proposed Order Extending Dates for Completing Discovery
    & Filing Case Dispositive Motions & Setting New Dates for Trial & Pre-
28  Trial

4