Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
Email: fyu@reedsmith.com
Veronica Kuiumdjian (SBN 244825)
Email: vkuiumdjian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendant
Capital One Bank (USA), N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association,<br><br>　　　　Defendants. | No.: CV 08-02972 CW<br><br>**NOTICE OF ERRATA TO DEFENDANT CAPITAL ONE BANK (USA), N.A.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing Date:　September 25, 2008<br>Time:　2:00 p.m.<br>Courtroom:　2<br><br>Compl. Filed:　June 16, 2008<br><br>Honorable Claudia Wilken |

1  Defendant Capital One Bank (USA) N.A.'s ("Capital One") respectfully
2  submits this Notice of Errata. Capital One's Notice of Motion to Dismiss Plaintiff's
3  Complaint, filed on August 19, 2008, incorrectly noticed the hearing for the Motion to
4  Dismiss as taking place at 450 Golden Gate Ave., Courtroom 2, San Francisco, CA
5  94102. The correct address for the Court where the hearing will take place is 1301
6  Clay St., Ste. 400S, Courtroom 2, Oakland, CA 94612-5212. Capital One has filed
7  concurrently with this Notice of Errata an <u>Amended</u> Notice of Motion to Dismiss.
8  Accordingly, Capital One hereby augments / replaces the original Notice of Motion to
9  Dismiss with its <u>Amended</u> Notice of Motion to Dismiss.

DATED: August 22, 2008.

REED SMITH LLP

By   /s/ Veronica Kuiumdjian
   Abraham J. Colman
   Felicia Y. Yu
   Veronica Kuiumdjian
   Attorneys for Defendant
   Capital One Bank (USA), N.A.

– 1 –
NOTICE OF ERRATA TO DEFENDANT CAPITAL ONE BANK (USA) N.A.'S NOTICE OF
MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On August 22, 2008, I served the following document(s) by the method indicated below:

**NOTICE OF ERRATA TO DEFENDANT CAPITAL ONE BANK (USA), N.A.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

☒   On the recipients designated on the Transaction Receipt located on the CM/ECF website.

☒   **FEDERAL: I declare that I am a member of the bar of this court at whose direction the service was made.**

*SEE ATTACHED SERVICE LIST*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 22, 2008, at Los Angeles, California.

/s/ Veronica Kuiumdjian
Veronica Kuiumdjian

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# Service List

*Pasternak v. Trans Union, LLC, et al.*
USDC, Case No.:  CV 07-04980 CW

| | |
|---|---|
| **Andrew Jones Ogilvie**<br>Kemnitzer Anderson Barron Ogilvie & Brewer, LLP<br>445 Bush Street, Sixth Floor<br>San Francisco, CA 94108<br>Tel:  (415) 861-2265<br>Fax:  (415) 861-3151<br>Email:  ajogil@kabolaw.com | *Attorneys for Plaintiff*<br>*Emelia M. Pasternak* |
| **Robert S. Sola**<br>Attorney-at-Law<br>8835 SW Canyon Lane<br>Suite 130<br>Portland, OR  97225<br>Tel:  (503) 295-6880<br>Fax:  (503) 291-9172<br>Email:  rssola@msn.com | *Attorneys for Plaintiff*<br>*Emelia M. Pasternak*<br>*Admitted Pro Hac Vice* |
| **Donald E. Bradley**<br>Musick Peeler & Garrett LLP<br>650 Town Center Drive<br>Suite 1200<br>Costa Mesa, CA 92626<br>Tel:  714-668-2400<br>Fax:  714-668-2490<br>Email:  d.bradley@mpglaw.com | *Attorneys for Defendant*<br>*Trans Union LLC* |
| **Thomas P. Quinn**<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>Tel:  949-376-3055<br>Fax:  949-376-3070<br>Email:  yhoman@nokesquinn.com | *Attorneys for Defendant*<br>*Equifax Information Services LLC* |
| **Cara Hergenroether**<br>King & Spalding, LLP<br>1180 Peachtree Street N.E.<br>Atlanta, Georgia  30309-3521<br>Tel:  (404) 215-5796<br>Fax:  (404) 572-5100<br>Email:  chergenroether@kslaw.com | *Attorneys for Defendant*<br>*Equifax Information Services LLC*<br>*Admitted Pro Hac Vice* |

# Service List

*Pasternak v. Trans Union, LLC, et al.*
USDC, Case No.: CV 07-04980 CW

| | |
|---|---|
| **David L. Wallach**<br>Jones Day<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104<br>Tel: 415-875-5827<br>Fax: 415-875-5700<br>Email: dwallach@jonesday.com | *Attorneys for Defendant*<br>*Experian Information Solutions Inc* |
| **Lucinda Warnett Andrew**<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201<br>Tel: 214.220.3939<br>Fax: 214.969.5100<br>Email: candrew@jonesday.com | *Attorneys for Defendant*<br>*Experian Information Solutions Inc.*<br>*Admitted Pro Hac Vice* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 3 –
Proof of Service