1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Felicia Y. Yu (SBN 193316)
   Email: fyu@reedsmith.com
3  Veronica Kuiumdjian (SBN 244825)
   Email: vkuiumdjian@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA 90071-1514
   Telephone: 213.457.8000
6  Facsimile: 213.457.8080

7  Attorneys for Defendant
   Capital One Bank (USA), N.A.

8                       UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

10

| EMELIA M. PASTERNAK, | ) No.: CV 08-02972 CW |
|---|---|
| Plaintiff, | ) **AMENDED NOTICE OF DEFENDANT CAPITAL ONE BANK (USA), N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | |
| TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association, | ) Hearing Date: September 25, 2008<br>) Time: 2:00 p.m.<br>) Courtroom: 2 |
| Defendants. | ) Compl. Filed: June 16, 2008<br>) Honorable Claudia Wilken |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 25, 2008 at 2:00 p.m. in Courtroom 2 of the above-entitled court, located at 1301 Clay St., Ste. 400S, Oakland, CA 94612-5212, Defendant Capital One Bank (USA), N.A. ("Capital One") will and hereby does move the Court to dismiss Plaintiff's Complaint as it pertains to Capital One.

This motion is made on the grounds that the Plaintiff has improperly split claims and is barred from bringing this Complaint because a prior suit involves the same transaction or occurrence.

This motion is based on this Notice, the concurrently filed Memorandum of Points and Authorities, and such other evidence and argument that the Court may permit.

DATED: August 22, 2008.

REED SMITH LLP

By   /s/ Veronica Kuiumdjian
Abraham J. Colman
Felicia Y. Yu
Veronica Kuiumdjian
Attorneys for Defendant
Capital One Bank (USA), N.A.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On August 22, 2008, I served the following document(s) by the method indicated below:

**AMENDED NOTICE OF DEFENDANT CAPITAL ONE BANK (USA), N.A.'s MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

☒ On the recipients designated on the Transaction Receipt located on the CM/ECF website.

☒ **FEDERAL: I declare that I am a member of the bar of this court at whose direction the service was made.**

*SEE ATTACHED LIST*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 22, 2008, at Los Angeles, California.

/s/ Veronica Kuiumdjian
Veronica Kuiumdjian

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –
Proof of Service

## Service List

*Pasternak v. Trans Union, LLC, et al.*
USDC, Case No.: CV 07-04980 CW

| | |
|---|---|
| **Andrew Jones Ogilvie**<br>Kemnitzer Anderson Barron Ogilvie & Brewer, LLP<br>445 Bush Street, Sixth Floor<br>San Francisco, CA 94108<br>Tel: (415) 861-2265<br>Fax: (415) 861-3151<br>Email: ajogil@kabolaw.com | *Attorneys for Plaintiff*<br>*Emelia M. Pasternak* |
| **Robert S. Sola**<br>Attorney-at-Law<br>8835 SW Canyon Lane<br>Suite 130<br>Portland, OR 97225<br>Tel: (503) 295-6880<br>Fax: (503) 291-9172<br>Email: rssola@msn.com | *Attorneys for Plaintiff*<br>*Emelia M. Pasternak*<br>*Admitted Pro Hac Vice* |
| **Donald E. Bradley**<br>Musick Peeler & Garrett LLP<br>650 Town Center Drive<br>Suite 1200<br>Costa Mesa, CA 92626<br>Tel: 714-668-2400<br>Fax: 714-668-2490<br>Email: d.bradley@mpglaw.com | *Attorneys for Defendant*<br>*Trans Union LLC* |
| **Thomas P. Quinn**<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>Tel: 949-376-3055<br>Fax: 949-376-3070<br>Email: yhoman@nokesquinn.com | *Attorneys for Defendant*<br>*Equifax Information Services LLC* |
| **Cara Hergenroether**<br>King & Spalding, LLP<br>1180 Peachtree Street N.E.<br>Atlanta, Georgia 30309-3521<br>Tel: (404) 215-5796<br>Fax: (404) 572-5100<br>Email: chergenroether@kslaw.com | *Attorneys for Defendant*<br>*Equifax Information Services LLC*<br>*Admitted Pro Hac Vice* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# Service List

*Pasternak v. Trans Union, LLC, et al.*
USDC, Case No.: CV 07-04980 CW

| | |
|---|---|
| **David L. Wallach**<br>Jones Day<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104<br>Tel: 415-875-5827<br>Fax: 415-875-5700<br>Email: dwallach@jonesday.com | *Attorneys for Defendant*<br>*Experian Information Solutions Inc* |
| **Lucinda Warnett Andrew**<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201<br>Tel: 214.220.3939<br>Fax: 214.969.5100<br>Email: candrew@jonesday.com | *Attorneys for Defendant*<br>*Experian Information Solutions Inc.*<br>*Admitted Pro Hac Vice* |