1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 Ocean Avenue
   Laguna Beach, CA 92651
3  Tel: (949) 376-3055
   Fax:  (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS,INC., EQUIFAX INFORMATION SERVICES, LLC. And CAPITAL ONE BANK, a national association,<br><br>Defendants. | Case No:   CV 08 2972 CW<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to FRCP 7.1, the undersigned, counsel of record for Defendant EQUIFAX INFORMATION SERVICES LLC, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Equifax Information Services LLC is a wholly-owned subsidiary of Equifax, Inc., a publicly traded company; and

///

///

///

- 1 –

EQUIFAX'S CERTIFICATE OF INTERESTED PARTIES
Case No: CV 08 2972 CW

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

2.   Equifax Inc., a Georgia corporation, is a publicly traded company.

           Respectfully submitted,

           NOKES & QUINN

Dated:  August 26, 2008         /s/
           THOMAS P. QUINN, JR.,
           Attorneys for Defendant EQUIFAX
           INFORMATION SERVICES, LLC