1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Felicia Y. Yu (SBN 193316)
   Email: fyu@reedsmith.com
3  Veronica Kuiumdjian (SBN 244825)
   Email: vkuiumdjian@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA 90071-1514
   Telephone: 213.457.8000
6  Facsimile: 213.457.8080

7  Attorneys for Defendant
   Capital One Bank (USA), N.A.
8  (erroneously sued as Capital One Bank)

9                    UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

11 | EMELIA M. PASTERNAK,                     | No.: CV 08-02972 CW
   |                                          |
12 |                Plaintiff,                | **CAPITAL ONE BANK (USA), N.A.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
13 |        vs.                               |
   |                                          | **[Northern Dist. LR 3-16(a) and (b)]**
14 | TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association, | Compl. Filed: June 16, 2008
   |                                          | Honorable Claudia Wilken
15 |                Defendants.               |

**TO ALL PARTIES AND THE ABOVE-ENTITLED COURT:**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 26, 2008.

REED SMITH LLP

By   /s/ Veronica Kuiumdjian
Abraham J. Colman
Felicia Y. Yu
Veronica Kuiumdjian
Attorneys for Defendant
Capital One Bank (USA), N.A.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On August 26, 2008, I served the following document(s) by the method indicated below:

**CAPITAL ONE BANK (USA), N.A.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☒ **By transmitting via email to the parties at the email addresses listed below:**

☒ **On the recipients designated on the Transaction Receipt located on the CM/ECF website.**

☒ **FEDERAL: I declare that I am a member of the bar of this court at whose direction the service was made.**

*SEE ATTACHED LIST*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 26, 2008, at Los Angeles, California.

/s/ Veronica Kuiumdjian
Veronica Kuiumdjian

# Service List

*Pasternak v. Trans Union, LLC, et al.*
USDC, Case No.: CV 08-02972 CW

| | |
|---|---|
| **Andrew Jones Ogilvie**<br>Kemnitzer Anderson Barron Ogilvie & Brewer, LLP<br>445 Bush Street, Sixth Floor<br>San Francisco, CA 94108<br>Tel: (415) 861-2265<br>Fax: (415) 861-3151<br>Email: ajogil@kabolaw.com | *Attorneys for Plaintiff*<br>*Emelia M. Pasternak* |
| **Robert S. Sola**<br>Attorney-at-Law<br>8835 SW Canyon Lane<br>Suite 130<br>Portland, OR 97225<br>Tel: (503) 295-6880<br>Fax: (503) 291-9172<br>Email: rssola@msn.com | *Attorneys for Plaintiff*<br>*Emelia M. Pasternak*<br>*Admitted Pro Hac Vice* |
| **Donald E. Bradley**<br>Musick Peeler & Garrett LLP<br>650 Town Center Drive<br>Suite 1200<br>Costa Mesa, CA 92626<br>Tel: 714-668-2400<br>Fax: 714-668-2490<br>Email: d.bradley@mpglaw.com | *Attorneys for Defendant*<br>*Trans Union LLC* |
| **Thomas P. Quinn**<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>Tel: 949-376-3055<br>Fax: 949-376-3070<br>Email: yhoman@nokesquinn.com | *Attorneys for Defendant*<br>*Equifax Information Services LLC* |
| **Cara Hergenroether**<br>King & Spalding, LLP<br>1180 Peachtree Street N.E.<br>Atlanta, Georgia 30309-3521<br>Tel: (404) 215-5796<br>Fax: (404) 572-5100<br>Email: chergenroether@kslaw.com | *Attorneys for Defendant*<br>*Equifax Information Services LLC*<br>*Admitted Pro Hac Vice* |

# Service List

*Pasternak v. Trans Union, LLC, et al.*
*USDC, Case No.: CV 08-02972 CW*

| | |
|---|---|
| **David L. Wallach**<br>Jones Day<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104<br>Tel: 415-875-5827<br>Fax: 415-875-5700<br>Email: dwallach@jonesday.com | *Attorneys for Defendant*<br>*Experian Information Solutions Inc* |
| **Lucinda Warnett Andrew**<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201<br>Tel: 214.220.3939<br>Fax: 214.969.5100<br>Email: candrew@jonesday.com | *Attorneys for Defendant*<br>*Experian Information Solutions Inc.*<br>*Admitted Pro Hac Vice* |