1  Abraham J. Colman    (SBN 146933)
   Email: acolman@reedsmith.com
2  Felicia Y. Yu        (SBN 193316)
3  Email: fyu@reedsmith.com
   Veronica Kuiumdjian   (SBN 244825)
4  Email: vkuiumdjian@reedsmith.com
5  355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071-1514
6  Telephone:   213.457.8000
   Facsimile:   213.457.8080
7

8  Attorneys for Defendant
   Capital One Bank (USA), N.A.
9  (erroneously sued as Capital One Bank)

10

11                  UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA –OAKLAND

13

14

15 EMELIA M PASTERNAK,              )   Case No. 4:08-cv-02972 CW
16                                  )
                                    )
17             Plaintiff,           )
                                    )   **NOTICE OF CONTINUANCE
18     v.                           )   OF HEARING ON CAPITAL
                                    )   ONE BANK'S MOTION TO
19 TRANS UNION, LLC, et al,         )   DISMISS**
                                    )
20                                  )
               Defendants.          )   [L.R. 7-7(a)]
21 ─────────────────────────────── )

22        Pursuant to Local Rule 7-7(a) and at the request of plaintiff who sought more

23 time to prepare her response, Capital One Bank (USA), N.A. hereby gives notice of its

24 continuance of the hearing date for its Motion to Dismiss to October 2, 2008, or as the

25

26 Court may order.

27

28 *Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:08-cv-02972 CW
   Notice of Continuance of Hearing Date for Capital One Bank's Motion to Dismiss        1

1    No opposition has been filed and this notice of continuance is filed prior to the

2  date on which the opposition is due pursuant to Civil L.R. 7-3(a).

3    DATED:  September 2, 2008.

4                                            REED SMITH LLP

5

6                                            By___/s/ Veronica Kuiumdjian_____

7                                                Abraham J. Colman
                                                 Felicia Y. Yu
8                                                Veronica Kuiumdjian
                                                 Attorneys for Defendant
9                                                Capital One Bank (USA), N.A.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA  90071-1514.  On September 2, 2008, I served the following document(s) by the method indicated below:

**NOTICE OF CONTINUANCE OF HEARING ON CAPITAL ONE BANK'S MOTION TO DISMISS**

☒      **On the recipients designated on the Transaction Receipt located on the CM/ECF website.**

☒      **FEDERAL: I declare that I am a member of the bar of this court at whose direction the service was made.**

### *SEE ATTACHED LIST*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on September 2, 2008, at Los Angeles, California.

*/s/ Veronica Kuiumdjian*
Veronica Kuiumdjian

1

## Service List

*Pasternak v. Trans Union, LLC, et al.*

USDC, Case No.:  CV 08-02972 CW

| | |
|---|---|
| **Andrew Jones Ogilvie**<br>Kemnitzer Anderson Barron Ogilvie &<br>Brewer, LLP<br>445 Bush Street, Sixth Floor<br>San Francisco, CA 94108<br>Tel:  (415) 861-2265<br>Fax:  (415) 861-3151<br>Email:  ajogil@kabolaw.com | *Attorneys for Plaintiff*<br>*Emelia M. Pasternak* |
| **Robert S. Sola**<br>Attorney-at-Law<br>8835 SW Canyon Lane<br>Suite 130<br>Portland, OR  97225<br>Tel:  (503) 295-6880<br>Fax:  (503) 291-9172<br>Email:  rssola@msn.com | *Attorneys for Plaintiff*<br>*Emelia M. Pasternak*<br>*Admitted Pro Hac Vice* |
| **Donald E. Bradley**<br>Musick Peeler & Garrett LLP<br>650 Town Center Drive<br>Suite 1200<br>Costa Mesa, CA 92626<br>Tel:  714-668-2400<br>Fax:  714-668-2490<br>Email:  d.bradley@mpglaw.com | *Attorneys for Defendant*<br>*Trans Union LLC* |
| **Thomas P. Quinn**<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>Tel:  949-376-3055<br>Fax:  949-376-3070<br>Email:  yhoman@nokesquinn.com | *Attorneys for Defendant*<br>*Equifax Information Services LLC* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Proof of Service

# Service List

*Pasternak v. Trans Union, LLC, et al.*

USDC, Case No.:  CV 08-02972 CW

| **Cara Hergenroether**<br>King & Spalding, LLP<br>1180 Peachtree Street N.E.<br>Atlanta, Georgia  30309-3521<br>Tel:  (404) 215-5796<br>Fax:  (404) 572-5100<br>Email:  chergenroether@kslaw.com | *Attorneys for Defendant*<br>*Equifax Information Services LLC*<br>*Admitted Pro Hac Vice* |
|---|---|
| **David L. Wallach**<br>Jones Day<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104<br>Tel:  415-875-5827<br>Fax:  415-875-5700<br>Email:  dwallach@jonesday.com | *Attorneys for Defendant*<br>*Experian Information Solutions Inc* |
| **Lucinda Warnett Andrew**<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX  75201<br>Tel:  214.220.3939<br>Fax:  214.969.5100<br>Email:  candrew@jonesday.com | *Attorneys for Defendant*<br>*Experian Information Solutions Inc.*<br>*Admitted Pro Hac Vice* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Proof of Service